Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE, subscriber assigned IP address 50.113.65.128,<br><br>　　　　Defendant. | Case Number: 8:21-cv-00922-TJH-SP<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 50.113.65.128** |

**PLEASE TAKE NOTICE** that Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 99.76.227.215 ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations (which Plaintiff anticipates will be completed by September 1, 2021), Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  July 30, 2021                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ *Lincoln D. Bandlow*
　　　　　　　　　　　　　　　　　　Lincoln D. Bandlow, Esq.
　　　　　　　　　　　　　　　　　　**Law Offices of Lincoln Bandlow, P.C.**
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　Strike 3 Holdings, LLC